1
2
3
4
5
6

Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Christina Carol Yelton

7

8                    UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CHRISTINA CAROL YELTON, | Case No.  1:21-cv-01344-EPG |
| Plaintiff, | ORDER RE: STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | (ECF No. 14). |

11
12
13
14
15
16

17      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

18  subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount

19  of THREE HUNDRED AND FIFTY DOLLARS AND 00/100 ($350.00) under the Equal Access to

20  Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount

21  represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection

22  with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

23      After the Court issues an order for EAJA fees to Plaintiff, the government will consider the

24  matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586,

25  598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on

26  whether the fees are subject to any offset allowed under the United States Department of the

27  Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine

28  whether they are subject to any offset.

1

2

3

4

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.

5

6

7

8

9

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA attorney fees in connection with this action.

10

11

This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

12

13

Respectfully submitted,

14

15

16

Dated: August 25, 2022                            /s/ *Jonathan O. Peña*
                                                          JONATHAN O. PEÑA
                                                          Attorney for Plaintiff

17

18

19

Dated: August 25, 2022                    PHILLIP A. TALBERT
                                                   United States Attorney
                                                   PETER K. THOMPSON
                                                   Acting Regional Chief Counsel, Region IX
                                                   Social Security Administration

20

21

22

23

                                              By:   *_ *Mary Tsai*
                                                   Mary Tsai
                                                   Special Assistant U.S. Attorney
                                                   Attorneys for Defendant
                                                   (*Permission to use electronic signature
                                              obtained via email on August 25, 2022).

24

25

26

27

28

-2-

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (ECF No. 14), IT IS ORDERED that fees and expenses in the amount of THREE HUNDRED AND FIFTY DOLLARS AND 00/100 ($350.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:    **August 26, 2022**                    /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE